## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                                          §
                                                §
HADAWAY, JEFFREY M                              §        Case No. 11-17666
                                                §
                          Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
.   The undersigned trustee was appointed on                   .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                   $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]                   $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $           , for a total compensation of $           [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Elizabeth C. Berg, Trustee _____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 11-17666 | MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | HADAWAY, JEFFREY M | | | Date Filed (f) or Converted (c): | 04/26/11 (f) |
| | | | | 341(a) Meeting Date: | 07/11/11 |
| For Period Ending: | 01/03/12 | | | Claims Bar Date: | 10/13/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Location: 1452 Knotty Pine Dr, Elgin IL 60123 Sing | 203,000.00 | 0.00 | | 0.00 | FA |
| 2. | Fifth Third Bank checking account | 600.00 | 0.00 | | 0.00 | FA |
| | Debtor could have amended exemptions to exempt the funds in this account; Debtor strapped to pay for equity in Harley; no value to Estate to pursue recovery | | | | | |
| 3. | Fifth Third Bank business account (Hadaway Inc. ) | 600.00 | 0.00 | | 0.00 | FA |
| 4. | Misc: TV, Washer, Dryer, Stove, Refrigerator, Beds | 1,300.00 | 0.00 | | 0.00 | FA |
| 5. | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6. | 6- firearms Marlin 444 Rifle 22 Rifle Marlin 410 S | 500.00 | 0.00 | | 0.00 | FA |
| 7. | 401K | 10,000.00 | 0.00 | | 0.00 | FA |
| 8. | 2009 Dodge Caliber SE 20,000 miles | 7,475.00 | 0.00 | | 0.00 | FA |
| 9. | 2000 Harley Heritage Soft Tail 12,000 miles | 7,000.00 | 4,500.00 | | 4,500.00 | FA |
| | Trustee authorized to sell equity in motorcycle to debtor (payable in installments) pursuant to Court order 8/18/11 | | | | | |
| 10. | 2007 Western Star 4900 EX (semi) 620,000 miles Use | 20,000.00 | 0.00 | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.07 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $250,575.00 | $4,500.00 | | $4,500.07 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold Estate's interest in Harley to Debtor per court order; Trsutee resolved claims issues

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:      2

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-17666      MB    Judge: MANUEL BARBOSA | |
| Case Name: | HADAWAY, JEFFREY M | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Date Filed (f) or Converted (c): | 04/26/11 (f) |
| 341(a) Meeting Date: | 07/11/11 |
| Claims Bar Date: | 10/13/11 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-17666  -MB | |
| Case Name: | HADAWAY, JEFFREY M | |
| Taxpayer ID No: | *******5543 | |
| For Period Ending: | 01/03/12 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4329  Money Market Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 08/30/11 | 9 | JEFFREY M HADAWAY<br>1452 KNOTTY PINE DR<br>ELGIN, IL  60123 | Installment 1 - Motorcycle | 1129-000 | 900.00 | | 900.00 |
| * | 09/26/11 | 9 | JEFFREY M HADAWAY<br>1452 KNOTTY PINE DR<br>ELGIN, IL  60123 | Installment 2 - Motorcycle | 1129-003 | 900.00 | | 1,800.00 |
| * | 09/26/11 | 9 | JEFFREY M HADAWAY<br>1452 KNOTTY PINE DR<br>ELGIN, IL  60123 | Installment 2 - Motorcycle<br>Check not due until 10/1; check post-dated to 9/30;<br>will hold check to deposit on 9/30 | 1129-003 | -900.00 | | 900.00 |
| | 09/30/11 | 9 | JEFFREY M HADAWAY<br>1452 KNOTTY PINE DR<br>ELGIN, IL  60123 | Installment 2 - Motorcycle | 1129-000 | 900.00 | | 1,800.00 |
| | 09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,800.01 |
| | 10/31/11 | 9 | JEFFREY M HADAWAY<br>1452 KNOTTY PINE DR<br>ELGIN, IL  60123 | Installment 3 - Motorcycle | 1129-000 | 900.00 | | 2,700.01 |
| | 10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,700.02 |
| | 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 2.15 | 2,697.87 |
| | 11/29/11 | 9 | Jeffrey M. Hadaway<br>1452 Knotty Pine Drive<br>Elgin  IL  60123 | Installment 4 - Motorcycle | 1129-000 | 900.00 | | 3,597.87 |
| | 11/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,597.89 |
| | 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.25 | 3,594.64 |
| | 12/06/11 | 9 | Jeffrey M. Hadaway<br>1452 Knotty Pine Drive<br>Elgin  IL  60123 | 5th and final Installment - Harley | 1129-000 | 900.00 | | 4,494.64 |
| | 12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 4,494.67 |
| | 12/29/11 | | Transfer to Acct #*******2665 | Bank Funds Transfer | 9999-000 | | 4,494.67 | 0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

LFORM2T4

Ver: 16.05a

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-17666 -MB |
| Case Name: | HADAWAY, JEFFREY M |
| | |
| Taxpayer ID No: | *******5543 |
| For Period Ending: | 01/03/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4329  Money Market Account |
| | |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account | *******4329 | | Balance Forward | 0.00 | | | |
| | 7 | | Deposits | 4,500.00 | 0 | Checks | 0.00 |
| | 4 | | Interest Postings | 0.07 | 2 | Adjustments Out | 5.40 |
| | | | | | 1 | Transfers Out | 4,494.67 |
| | | | Subtotal | $   4,500.07 | | | |
| | | | | | | Total | $   4,500.07 |
| | 0 | | Adjustments In | 0.00 | | | |
| | 0 | | Transfers In | 0.00 | | | |
| | | | Total | $   4,500.07 | | | |

Ver: 16.05a

**FORM 2**
Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-17666 -MB
Case Name: HADAWAY, JEFFREY M

Taxpayer ID No: *******5543
For Period Ending: 01/03/12

Trustee Name: Elizabeth C. Berg, Trustee
Bank Name: Congressional Bank
Account Number / CD #: *******2665 Checking Account

Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******4329 | Bank Funds Transfer | 9999-000 | 4,494.67 | | 4,494.67 |

| Account *******2665 | | Balance Forward | | 0.00 | | 0 | Checks | | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| | 0 | Deposits | | 0.00 | | 0 | Adjustments Out | | 0.00 |
| | 0 | Interest Postings | | 0.00 | | 0 | Transfers Out | | 0.00 |
| | | Subtotal | $ | 0.00 | | | | | |
| | 0 | Adjustments In | | 0.00 | | | Total | $ | 0.00 |
| | 1 | Transfers In | | 4,494.67 | | | | | |
| | | Total | $ | 4,494.67 | | | | | |

| Report Totals | | Balance Forward | | 0.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 7 | Deposits | | 4,500.00 | | 0 | Checks | | 0.00 |
| | 4 | Interest Postings | | 0.07 | | 2 | Adjustments Out | | 5.40 |
| | | | | | | 1 | Transfers Out | | 4,494.67 |
| | | Subtotal | $ | 4,500.07 | | | | | |
| | 0 | Adjustments In | | 0.00 | | | Total | $ | 4,500.07 |
| | 1 | Transfers In | | 4,494.67 | | | | | |
| | | Total | $ | 8,994.74 | | | Net Total Balance | $ | 4,494.67 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Ver: 16.05a

LFORM2T4

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 03, 2012 |

Case Number:   11-17666                                   Claim Class Sequence
Debtor Name:   HADAWAY, JEFFREY M

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | Elizabeth C. Berg, Trustee c/o Baldi Berg & Wallace 19 S. LaSalle St. #1500 Chicago  IL  60603 | Administrative | | $1,125.00 | $0.00 | $1,125.00 |
| 001 3110-00 | Baldi Berg & Wallace 19 S. LaSalle St. #1500 Chicago  IL  60603 | Administrative | | $1,330.00 | $0.00 | $1,330.00 |
| 000001 070 7100-00 | FIA CARD SERVICES, N.A. succ. to BofA Bank of America N.A. (USA) and MBNA America Bank, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $7,520.70 | $0.00 | $7,520.70 |
| 000002 070 7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | Unsecured | | $22,839.78 | $0.00 | $22,839.78 |
| 000003 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $5,048.61 | $0.00 | $5,048.61 |
| 000004 070 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $300.72 | $0.00 | $300.72 |
| 000005 070 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $20,992.32 | $0.00 | $20,992.32 |
| | Case Totals: | | | $59,157.13 | $0.00 | $59,157.13 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-17666
Case Name: HADAWAY, JEFFREY M
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. succ. to BofA | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | GE Money Bank | $ | $ | $ |
| 000005 | GE Money Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE