# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
HADAWAY, JEFFREY M § Case No. 11-17666
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

        10:00 a.m.
        on Thursday, March 22, 2012
        in Courtroom 250 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

    If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth S. Gardner_____

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HADAWAY, JEFFREY M § Case No. 11-17666
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,500.07 |
| and approved disbursements of | $ | 5.40 |
| leaving a balance on hand of[1] | $ | 4,494.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,125.00 | $ 0.00 | $ 1,125.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 1,330.00 | $ 0.00 | $ 1,330.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,455.00 |
| Remaining Balance | | $ | 2,039.67 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,702.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. succ. to BofA | $ 7,520.70 | $ 0.00 | $ 270.53 |
| 000002 | Capital One Bank (USA), N.A. | $ 22,839.78 | $ 0.00 | $ 821.58 |
| 000003 | Chase Bank USA, N.A. | $ 5,048.61 | $ 0.00 | $ 181.61 |
| 000004 | GE Money Bank | $ 300.72 | $ 0.00 | $ 10.82 |
| 000005 | GE Money Bank | $ 20,992.32 | $ 0.00 | $ 755.13 |

Total to be paid to timely general unsecured creditors     $ 2,039.67

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jeffrey M Hadaway  
    Debtor

Case No. 11-17666-MB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: cmendoza1    Page 1 of 2    Date Rcvd: Feb 10, 2012  
                    Form ID: pdf006    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2012.

```
db           +Jeffrey M Hadaway,    1452 Knotty Pine Dr,   Elgin, IL 60123-8843
17185851    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
              Norcross, GA 30091)
18282891     Capital One Bank (USA) NA,    by American InfoSource LP as agent,    PO Box 248839,
              Oklahoma City, OK 73124-8839
17601211     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
              Oklahoma City, OK 73124-8839
17185852    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17629975     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17485197    +DCFS USA, L.L.C.,    c/o Riezman Berger P.C.,    7700 Bonhomme Ave, 7th Floor,
              St. Louis, MO 63105-1960
17564558     FIA CARD SERVICES, N.A. as successor to,    Bank of America N.A. (USA) and,
              MBNA America Bank, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17185854    +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
              Grand Rapids, MI 49546-6210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17185855    +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2012 03:40:10    GE Money Bank,    PO BOX 103104,
              Bankruptcy Dept.,    Roswell, GA 30076-9104
17824976     E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2012 03:40:10    GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17185856    +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2012 03:40:10    Gemb/meijer Dc,    Attn: GEMB,
              Po Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17185850   ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
17185853   ##+Daimler Truck Financial,    13650 Heritage Parkway,    Fort Worth, TX 76177-5323
                                                                             TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2012**            **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: cmendoza1           Page 2 of 2             Date Rcvd: Feb 10, 2012
                              Form ID: pdf006           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2012 at the address(es) listed below:

      Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com
      Elizabeth C Berg    on behalf of Trustee Elizabeth Berg ecberg@ameritech.net
      James A Young    on behalf of Debtor Jeffrey Hadaway jyoung@youngbklaw.com, jaguilar@youngbklaw.com
      Kathryn A Klein    on behalf of Creditor  DCFS USA, L.L.C. (DCFS) iln@riezmanberger.com, riezmanberger@gmail.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

      TOTAL: 5