UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
HADAWAY, JEFFREY M                  §       Case No. 11-17666
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter     on                . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Elizabeth C. Berg, Trustee_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Daimler Truck Financial 13650 Heritage Parkway Fort Worth, TX 76177 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | | | | |
| | Woodbridge South Homeowners Associa 2242 Deerpath Elgin, IL 60123 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| BALDI BERG & WALLACE | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | FIA CARD SERVICES, N.A. AS SUCCESSO | | | | | |
| 000004 | GE MONEY BANK | | | | | |
| 000005 | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 (Hadaway)

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 11-17666 | MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | HADAWAY, JEFFREY M | | | Date Filed (f) or Converted (c): | 04/26/11 (f) |
| | | | | 341(a) Meeting Date: | 07/11/11 |
| For Period Ending: | 05/08/12 | | | Claims Bar Date: | 10/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1452 Knotty Pine Dr, Elgin IL 60123 Sing | 203,000.00 | 0.00 | | 0.00 | FA |
| 2. Fifth Third Bank checking account<br>Debtor could have amended exemptions to exempt the funds in this account; Debtor strapped to pay for equity in Harley; no value to Estate to pursue recovery | 600.00 | 0.00 | | 0.00 | FA |
| 3. Fifth Third Bank business account (Hadaway Inc. ) | 600.00 | 0.00 | | 0.00 | FA |
| 4. Misc: TV, Washer, Dryer, Stove, Refrigerator, Beds | 1,300.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6. 6- firearms Marlin 444 Rifle 22 Rifle Marlin 410 S | 500.00 | 0.00 | | 0.00 | FA |
| 7. 401K | 10,000.00 | 0.00 | | 0.00 | FA |
| 8. 2009 Dodge Caliber SE 20,000 miles | 7,475.00 | 0.00 | | 0.00 | FA |
| 9. 2000 Harley Heritage Soft Tail 12,000 miles<br>Trustee authorized to sell equity in motorcycle to debtor (payable in installments) pursuant to Court order 8/18/11 | 7,000.00 | 4,500.00 | | 4,500.00 | FA |
| 10. 2007 Western Star 4900 EX (semi) 620,000 miles Use | 20,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.07 | Unknown |

LFORM1

Ver: 16.05c

UST Form 101-7-TDR (5/1/2011) (Page: 6)

FORM 1 (Hadaway)

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-17666 MB Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HADAWAY, JEFFREY M | Date Filed (f) or Converted (c): | 04/26/11 (f) |
| | | 341(a) Meeting Date: | 07/11/11 |
| | | Claims Bar Date: | 10/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $250,575.00 | $4,500.00 | | $4,500.07 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold Estate's interest in Harley back to Debtor per court order; Trustee resolved claims issues; TFR submitted
to UST on 1/23/12

Initial Projected Date of Final Report (TFR): 01/31/12    Current Projected Date of Final Report (TFR): 01/31/12

     /s/    Elizabeth C. Berg, Trustee
_____    Date: _____
     ELIZABETH C. BERG, TRUSTEE

FORM 2 — Accountant's Copy

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-17666 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | HADAWAY, JEFFREY M | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4329  Money Market Account |
| Taxpayer ID No: | *******5543 | | | |
| For Period Ending: | 05/08/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  08/30/11 | 9 | JEFFREY M HADAWAY<br>1452 KNOTTY PINE DR<br>ELGIN, IL  60123 | Installment 1 - Motorcycle | 1129-000 | 900.00 | | 900.00 |
| * C  09/26/11 | 9 | JEFFREY M HADAWAY<br>1452 KNOTTY PINE DR<br>ELGIN, IL  60123 | Installment 2 - Motorcycle | 1129-003 | 900.00 | | 1,800.00 |
| * C  09/26/11 | 9 | JEFFREY M HADAWAY<br>1452 KNOTTY PINE DR<br>ELGIN, IL  60123 | Installment 2 - Motorcycle<br>Check not due until 10/1; check post-dated to 9/30; will hold check to deposit on 9/30 | 1129-003 | -900.00 | | 900.00 |
| C  09/30/11 | 9 | JEFFREY M HADAWAY<br>1452 KNOTTY PINE DR<br>ELGIN, IL  60123 | Installment 2 - Motorcycle | 1129-000 | 900.00 | | 1,800.00 |
| C  09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,800.01 |
| C  10/31/11 | 9 | JEFFREY M HADAWAY<br>1452 KNOTTY PINE DR<br>ELGIN, IL  60123 | Installment 3 - Motorcycle | 1129-000 | 900.00 | | 2,700.01 |
| C  10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,700.02 |
| C  10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 2.15 | 2,697.87 |
| C  11/29/11 | 9 | Jeffrey M. Hadaway | Installment 4 - Motorcycle | 1129-000 | 900.00 | | 3,597.87 |

Page Subtotals       3,600.02       2.15

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2 - Accountant's Copy

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-17666 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | HADAWAY, JEFFREY M | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4329  Money Market Account |
| Taxpayer ID No: | *******5543 | | | |
| For Period Ending: | 05/08/12 | | Blanket Bond (per case limit): | $  100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1452 Knotty Pine Drive<br>Elgin   IL   60123 | | | | | |
| C   11/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,597.89 |
| C   11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.25 | 3,594.64 |
| C   12/06/11 | 9 | Jeffrey M. Hadaway<br>1452 Knotty Pine Drive<br>Elgin   IL   60123 | 5th and final Installment - Harley | 1129-000 | 900.00 | | 4,494.64 |
| C   12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 4,494.67 |
| C   12/29/11 | | Transfer to Acct #*******2665 | Bank Funds Transfer | 9999-000 | | 4,494.67 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 4,500.07 | 4,500.07 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 4,494.67 | |
| Subtotal | 4,500.07 | 5.40 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,500.07 | 5.40 | |

Page Subtotals        900.05        4,497.92

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2 - Accountant's Copy

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-17666 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HADAWAY, JEFFREY M | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******2665 Checking Account |
| Taxpayer ID No: | *******5543 |  |  |
| For Period Ending: | 05/08/12 | Blanket Bond (per case limit): | $ 100,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| C 12/29/11 |  | Transfer from Acct #*******4329 | Bank Funds Transfer | 9999-000 | 4,494.67 |  | 4,494.67 |
| C 03/23/12 | 003001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Trustee Final Compensation | 2100-000 |  | 1,125.00 | 3,369.67 |
| C 03/23/12 | 003002 | Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 |  | 1,330.00 | 2,039.67 |
| C 03/23/12 | 003003 | FIA CARD SERVICES, N.A. succ. to BofA<br>Bank of America N.A. (USA) and<br>MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000001, Payment 3.59714% | 7100-000 |  | 270.53 | 1,769.14 |
| C 03/23/12 | 003004 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000002, Payment 3.59714% | 7100-000 |  | 821.58 | 947.56 |
| C 03/23/12 | 003005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 3.59723% | 7100-000 |  | 181.61 | 765.95 |
| C 03/23/12 | 003006 | GE Money Bank | Claim 000004, Payment 3.59803% | 7100-000 |  | 10.82 | 755.13 |
|  |  |  | Page Subtotals |  | 4,494.67 | 3,739.54 |  |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2 - Accountant's Copy

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 11-17666 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | HADAWAY, JEFFREY M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2665  Checking Account |
| Taxpayer ID No : | *******5543 | | | |
| For Period Ending: | 05/08/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | | | | |
| C   03/23/12 | 003007 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 3.59717% | 7100-000 | | 755.13 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,494.67 | 4,494.67 | 0.00 |
| Less:  Bank Transfers/CD's | 4,494.67 | 0.00 | |
| Subtotal | 0.00 | 4,494.67 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,494.67 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********4329 | 4,500.07 | 5.40 | 0.00 |
| Checking Account - ********2665 | 0.00 | 4,494.67 | 0.00 |
| | 4,500.07 | 4,500.07 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         755.13

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)